# United States Court of Appeals
## For the First Circuit

No. 06-1860

ABRAHAM PHILIP,

Plaintiff, Appellant,

v.

JOHN CRONIN,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 7, 2008 is amended as follows:

On page 17, footnote 3, line 2, delete the stray equals sign.